IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DUTY ASSIGNMENT | : | No. 452 |
| SCHEDULE FOR EMERGENCY | : | Judicial Administration |
| PETITIONS IN THE YEAR 2016 | : | Docket |

AMENDED ORDER

PER CURIAM:

AND NOW, this 24th day of March, 2016, it is hereby ordered that the order at No. 452 Judicial Administration Docket, dated December 17, 2015, listing emergency duty assignments is hereby amended as follows:

| Month | Justice | District |
|---|---|---|
| March | Justice Max Baer | (Eastern District) |
| | Justice David Wecht | (Western District) |
| April | Justice Christine Donohue | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| May | Justice Debra Todd | (Eastern District) |
| | Justice David Wecht | (Western District) |
| June | Justice Max Baer | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| July | Justice Debra Todd | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| August | Justice Max Baer | (Eastern District) |
| | Justice David Wecht | (Western District) |
| September | Justice Christine Donohue | (Eastern District) |
| | Justice Debra Todd | (Western District) |
| October | Justice Kevin Dougherty | (Eastern District) |
| | Justice Max Baer | (Western District) |
| November | Justice David Wecht | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| December | Justice Debra Todd | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |